UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JULIO PARRILLA ROSA<br>XXX-XX-9099<br><br>DEBTOR (S) | CASE NO. 10-06518-ESL<br><br>CHAPTER 13 |

TRUSTEE'S OBJECTION TO CLAIM #05-1
FILED BY (OR ON BEHALF OF):BANCO POPULAR DE PR

TO THE HONORABLE COURT:

The Trustee objects to Claim #05-1, filed on August 31, 2010 for the amount of $84,442.00, classified as SECURED on the following grounds:

• Failure to comply with BR 3001(c), no written evidence of the claimed debt was filed with the proof of claim.
• Failure to comply with BR 3001(d), no evidence of perfection of claimed security interest was filed with the proof of claim.

WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth and that an order be entered:

Disallowing objected Claim.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

In San Juan, Puerto Rico this Tuesday, November 16, 2010.

/s/ Jose R. Carrion
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, Old San Juan Stat.
San Juan, PR 00902-3884
Tel. (787) 977-3535
Fax (787) 977-3550

```
                            10-06518-ESL
                          JULIO PARRILLA ROSA


                         VERIFIED STATEMENT


     The undersigned, of legal age and as employee of Jose R. Carrion,
Chapter 13 Trustee Office, hereby certifies that on this same date, I
personally and duly notified a true and exact copy of the attached motion
to each party below listed.

     JULIO PARRILLA ROSA              BANCO POPULAR DE PR
     JARDINES PLA                     PO BOX 70100
     B8 CALLE SANTINI                 SAN JUAN, PR  00936-8100
     CAGUAS, PR  00725


     ROBERTO FIGUEROA CARRASQUILL*
     PO BOX 193677
     SAN JUAN, PR  00919-3677



In San Juan, Puerto Rico this Tuesday, November 16, 2010.
```

*Olga Sosa*
_____
Chapter 13 Clerk